IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,　　　　　　　　　No C-10-2219 VRW (PR)

　　　　　Plaintiff,

　　　v　　　　　　　　　　　　　　　ORDER OF DISMISSAL

JOHN DOE,

　　　　　Defendant(s).
　　　　　　　　　　　　　　　　　/

　　　　On May 24, 2010, plaintiff, a prisoner presently incarcerated at Pelican Bay State Prison and frequent litigant in both state and federal court, filed a letter with the court.  Doc #1.  The court clerk notified plaintiff in writing at that time that because he neither filed a formal civil rights complaint under 42 USC § 1983 using the court-approved form nor did he pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official, the action was deficient.  See

1  28 USC § 1915(a)(2).  Plaintiff was advised that failure to file the
2  requested items within thirty (30) days would result in dismissal of
3  the action.  Doc ## 2 & 3.
4          Fifty days have elapsed since plaintiff was notified of
5  his filing deficiencies; however, he has neither provided the court
6  with the requisite items nor filed a request for an extension of
7  time to do so.  The action, therefore, is DISMISSED without
8  prejudice.
9          The clerk is directed to terminate all pending motions as
10 moot and close the file.
11
12         IT IS SO ORDERED.
13
14 DATED     *7/13/2010*                    _____
                                            **VAUGHN R WALKER**
15                                          **United States District Chief Judge**
16
...
26 G:\PRO-SE\VRW\CR.10\Williams-10-2219-no complaint-no ifp-dismissal.wpd

**2**